# Exhibit B

FIND A LAWYER   ASK SUPER LAWYERS   LAWYERS NEAR ME   FOR LAWYERS

Share:   

Lawyer Login



# C. ALEX NAEGELE

⚙ Update This Page

**Attorney Profile**

*Top Rated Bankruptcy Attorney in Cupertino, CA*

C. Alex Naegele, A Professional Law Corporation

19925 Stevens Creek Blvd, Suite 100
Cupertino, CA 95014
**Visit:** http://www.canlawcorp.com
**Phone:** 408-883-8994
**Fax:** 408-490-3033
**Email:** C. Alex Naegele

**Selected To Rising Stars:** 2016 - 2021
**Licensed Since:** 2008
**Education:** Golden Gate University School of Law
**Practice Areas:** Bankruptcy: Business (30%), Tax: Business (20%), Business/Corporate (20%), Business Litigation (20%), Estate Planning & Probate (10%)
**Languages Spoken:** English, Chinese-Mandarin, Spanish

## ATTORNEY PROFILE

C. Alex Naegele, A Professional Law Corporation focuses on a wide range of areas of law, including Bankruptcy, Corporate Transactions, Litigation of all kinds, Taxation and other problems facing entrepreneurs, landlords, high net worth individuals, and international businesses.

## WHITE PAPERS

- Cost Sharing Regulations (2010) - Lead Article in Thompson Reuters Journal Of International Taxation On IRS Cost Sharing Regulations

<span style="color:red">Case: 18-51436    Doc# 205-3    Filed: 04/08/21    Entered: 04/08/21 15:45:54    Page 2 of 5</span>

FIND A LAWYER    ASK SUPER LAWYERS    LAWYERS NEAR ME    FOR LAWYERS

Lawyer Login

# ABOUT ALEX NAEGELE



**Admitted:** 2008, California

**Professional Webpage:** http://www.canlawcorp.com/attorney-profile

**Honors/Awards:**

- C. Alex Naegele has been selected as a Super Lawyer Rising star from 2016 to present, SuperLawyers Rising Stars, *https://profiles.superlawyers.com/california-northern/cupertino/lawyer/c-alex-naegele/7947266c-9151-433e-b9cb-e80d3373df2e.html*

**Special Licenses/Certifications:**

- LL.M. Taxation, New York University School Of Law, 2009

**Bar/Professional Activity:**

- Licensed to practice law in the State of California, 2008

**Scholarly Lectures/Writings:**

- Author, Cost Sharing Regulations - The Case For Formula Apportionment Transfer Pricing, *Thompson Reuters Journal Of International Taxation*
- Analysis of FATCA legislation and its impact on industry, Author, FATCA—Effective tax administration or costly and burdensome regulation?, *December 2012 issue of Lexis® Federal Tax Journal Quarterly*, 2012

**Verdicts/Settlements:**

- Case No. 15-cv-01373-VC - $5.8 million judgment against one defendant, $3.9 million

Show More

## Office Location for C. Alex Naegele

19925 Stevens Creek Blvd
Suite 100
Cupertino, CA 95014

Case: 18-51436    Doc# 205-3    Filed: 04/08/21    Entered: 04/08/21 15:45:54    Page 3 of 5

- FIND A LAWYER
- ASK SUPER LAWYERS
- LAWYERS NEAR ME
- FOR LAWYERS

Lawyer Login

# C. ALEX NAEGELE:

DOWNLOAD BADGE      UPDATE PROFILE      ORDER ONLINE

**Last Updated:** 1/28/2021

Law Schools

FindLaw.com

LawInfo.com

Abogado.com

Law Firm Marketing

Find A Lawyer »

Browse Lawyers »

Ask Super Lawyers »

Watch Videos »

Top Lists »

Super Lawyers Articles »

Digital Magazine & App »

Award-Winning Editorial »

Selection Process »

Regional Information »

Case: 18-51436    Doc# 205-3    Filed: 04/08/21    Entered: 04/08/21 15:45:54    Page 4 of 5



FIND A LAWYER ASK SUPER LAWYERS LAWYERS NEAR ME FOR LAWYERS

Lawyer Login

© 2021 Super Lawyers®, part of Thomson Reuters. All Rights Reserved.

Terms & Conditions » Privacy Policy » Cookies » Do Not Sell My Info »

Case: 18-51436    Doc# 205-3    Filed: 04/08/21    Entered: 04/08/21 15:45:54    Page 5
of 5