C. Alex Naegele (Cal. Bar. No. 255887)
**C. ALEX NAEGELE,**
**A PROFESSIONAL LAW CORPORATION**
19925 Stevens Creek Blvd, Suite 100
Cupertino, CA, 95014
Telephone: (408) 883-8994
Facsimile: (408) 490-3033
Email: alex@canlawcorp.com

[Proposed] Attorney for Debtors-in-Possession
SUNIL K VETHODY AND BINDU VETHODY

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No. 18-51436 SLJ |
| SUNIL K VETHODY AND BINDU VETHODY, | Chapter 11 |
| Debtors-in-Possession | **WITHDRAWAL OF APPLICATION TO EMPLOY C. ALEX NAEGELE, A PROFESSIONAL LAW CORPORATION AS GENERAL BANKRUPTCY COUNSEL AND FOR AUTHORITY TO PAY POST-PETITION RETAINER** |
| | Date: May 4, 2021<br>Time: 2:00 p.m.<br>Courtroom: Tele/Videoconference<br>Judge: Hon. Stephen L. Johnson |

**TO THE HONORABLE STEPHEN L. JOHNSON, BANKRUPTCY JUDGE:**

The *Application To Employ C. Alex Naegele, A Professional Law Corporation As General Bankruptcy Counsel And For Authority To Pay Post-Petition Retainer* (ECF No. 205), along with all supporting documents, is hereby withdrawn.

WITHDRAWAL OF APPLICATION TO EMPLOY C. ALEX NAEGELE, A PROFESSIONAL LAW CORPORATION AS GENERAL BANKRUPTCY COUNSEL AND FOR AUTHORITY TO PAY POST-PETITION RETAINER - 1
Case: 18-51436    Doc# 208    Filed: 04/26/21    Entered: 04/26/21 13:10:47    Page 1 of 2

Dated: April 26, 2021

**C. ALEX NAEGELE,
A PROFESSIONAL LAW CORPORATION**

By: /s/ C. Alex Naegele
C. Alex Naegele
[Proposed] Attorney for Debtors-in-Possession
SUNIL K VETHODY AND BINDU VETHODY

WITHDRAWAL OF APPLICATION TO EMPLOY C. ALEX NAEGELE, A PROFESSIONAL LAW CORPORATION AS GENERAL BANKRUPTCY COUNSEL AND FOR AUTHORITY TO PAY POST-PETITION RETAINER - 2

Case: 18-51436    Doc# 208    Filed: 04/26/21    Entered: 04/26/21 13:10:47    Page 2 of 2