1  C. Alex Naegele (Cal. Bar. No. 255887)
   **C. ALEX NAEGELE,**
2  **A PROFESSIONAL LAW CORPORATION**
3  19925 Stevens Creek Blvd, Suite 100
   Cupertino, CA, 95014
4  Telephone: (408) 883-8994
   Facsimile: (408) 490-3033
5  Email: alex@canlawcorp.com

[Proposed] Attorney for Debtors-in-Possession
SUNIL K VETHODY AND BINDU VETHODY

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No. 18-51436 SLJ |
| SUNIL K VETHODY AND BINDU VETHODY, | Chapter 11 |
| Debtors-in-Possession | **CERTIFICATE OF SERVICE** |

I, C. Alex Naegele, hereby declare:

I am a shareholder of C. Alex Naegele, A Professional Law Corporation, the proposed attorney for debtors-in-possession Sunil K Vethody and Bindu Vethody, with offices at 19925 Stevens Creek Blvd, Suite 100, Cupertino, CA, 95014.  I am over the age of 18 and not a party to this action.

On April 26, 2021, I caused to be served this:

**WITHDRAWAL OF APPLICATION TO EMPLOY C. ALEX NAEGELE, A PROFESSIONAL LAW CORPORATION AS GENERAL BANKRUPTCY COUNSEL AND FOR AUTHORITY TO PAY POST-PETITION RETAINER**

[X] **BY NOTICE OF ELECTRONIC FILING**.  I caused to be served the above described document(s) my means of electronic transmission of the Notice Of Electronic Filing through the Court's transmission facilities, to the following parties and/or counsel who are registered ECF users.

| | |
|---|---|
| Kelly Raftery on behalf of Creditor Deutsche Bank National Trust Company as Trustee for holders of the WaMu Mortgage Pass-Through Certificates, Series 2005-AR6 | bknotice@mccarthyholthus.com<br>kraftery@ecf.courtdrive.com |
| Matthew D. Metzger on behalf of Creditor Alejandro Loquillano, Jr | belvederelegalecf@gmail.com |
| Austin P. Nagel on behalf of Creditor Wells Fargo Bank, N.A. | edward.yoo@bonialpc.com |
| Office of the U.S. Trustee / SJ | USTPRegion17.SJ.ECF@usdoj.gov |
| Shawn R. Parr on behalf of Creditor Alejandro Loquillano, Jr | info@parrlawgroup.com<br>R62481@notify.bestcase.com |
| Suhey Ramirez on behalf of U.S. Trustee Office of the U.S. Trustee / SJ | suhey.ramirez@usdoj.gov<br>patti.vargas@usdoj.gov |
| Alexander Stevko on behalf of Creditor United States of America | Alexander.Stevko@usdoj.gov<br>western.taxcivil@usdoj.gov |
| Tiega-Noel Varlack on behalf of Creditor Nioka Dailey | tiega@varlacklegal.com<br>kate@varlacklegal.com |
| Jennifer C. Wong on behalf of Requestor Wells Fargo Bank, N.A. | bknotice@mccarthyholthus.com<br>jwong@ecf.courtdrive.com |

[ ] **BY MAIL**. I caused to be served the above described document(s) by placing the envelope for collection and mailing following our ordinary business practices.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 26, 2021 at Cupertino, California.

/s/ C. Alex Naegele
C. Alex Naegele