

The following constitutes the order of the Court.
Signed: May 3, 2021

_____
**Stephen L. Johnson
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re

SUNIL K. VETHODY and
BINDU VETHODY,

        Debtors.

Case No.: 18-51436 SLJ

Chapter 11

## ORDER DISMISSING CASE

    Debtors, represented by former counsel Matthew D. Metzger of Belvedere Legal, PC, filed this chapter 11 case on June 27, 2018. Mr. Metzger made significant progress with the case but asked to withdraw. I granted that request in an order entered on January 14, 2021. Prior to the withdrawal, Mr. Metzger obtained an order extending the confirmation deadline to April 8, 2021, so Debtors could find replacement counsel.

    At the continued status conference on February 4, 2021, Debtors appeared in pro per and indicated that they had spoken to several attorneys and were hopeful they would have an attorney in "two to three weeks." The court informed Debtors on the record that if Debtors did not have an attorney by April 8, 2021, the court would likely dismiss the case because of its complexity and the necessity of confirming a chapter 11 plan.

On March 26, 2021, Debtors filed a letter with the court, requesting an extension of the confirmation deadline on the ground that they had identified new counsel but needed additional time to gather funds to pay for his retainer. Debtors requested an extension of four months, but as explained in the Order Granting in Part Motion to Extend Confirmation Deadline (DKT 201), the court extended the confirmation deadline to May 6, 2021 and stated "[n]o further extension will be granted unless Debtors have counsel representation." The order further provided that "[t]he court may dismiss or convert the case, effective on April 30, 2021, if there is no substantial activity on the docket indicating the case is progressing toward confirmation."

On April 8, 2021, Debtors filed an application to employ C. Alex Naegele as their bankruptcy counsel ("Employment Application"), and set it for hearing on May 4, 2021, as a result of a request to pay a post-petition retainer. However, the Employment Application was withdrawn on April 26, 2021. To date, no new employment application has been filed.

In the meantime, without counsel representing Debtors, their objection to the claim of the Internal Revenue Service has been on hold, with the hearing having been continued to March 2, 2021, April 20, 2021, and finally May 18, 2021. The docket reflects no substantive activity since Mr. Metzger's withdrawal.

In sum, four months after Mr. Metzger withdrew, Debtors have not obtained new counsel and this case has not made any progress. In light of the confirmation deadline of May 6, 2021, and the court's previous orders, and the court finding that dismissal is in the best interests of creditors and the estate because Debtors have few, if any, non-exempt unencumbered assets,

IT IS HEREBY ORDERED that this case is DISMISSED under 11 U.S.C. § 1112(b)(4)(E) and (J).

IT IS FURTHER ORDERED that the continued status conference scheduled for May 6, 2021, at 10:00 a.m. is DROPPED from the court's calendar and no appearance is necessary.

*** END OF ORDER***

**COURT SERVICE LIST**

Sunil K Vethody
Bindu Vethody
2172 Wood Hollow Court
San Jose, CA 95138

ECF Notifications

ORDER DISMISSING CASE